RECEIVED
JAN -9 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------------X

IN RE DMCA SUBPOENA TO
REDDIT, INC.

Case No. CV 19 80-005 MISC SK

-----------------------------------------------------------------X

### ORDER GRANTING SUBPOENA

This matter comes before the Court upon the ex parte application of movant Watch Tower Bible and Tract Society of Pennsylvania along with the Declaration of Paul D. Polidoro, Esq. and supporting documents for the signing of a Subpoena directing Reddit, Inc. to produce the identity of entities or persons believed to be infringing on the copyrights of Watch Tower Bible and Tract Society of Pennsylvania.

Having considered the Declaration and all documents submitted in support of the instant application, the Court finds good reason to issue an order directing the clerk to issue said subpoena and it is therefore:

ORDERED that the clerk of this Court shall issue the Subpoena for Reddit, Inc. as sought by the movant.

DATED: _____          _____
                                        U.S. DISTRICT JUDGE