```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611139520
Cashier ID: nuness
Transaction Date: 01/09/2019
Payer Name: Law Office of Anthony V. Smith
```

MISCELLANEOUS PAPERS
 For: Watch Tower Bible and Tract
 Case/Party: D-CAN-3-18-MC-080005-001
 Amount:        $47.00
MISCELLANEOUS PAPERS
 For: Watch Tower Bible and Tract
 Case/Party: D-CAN-4-18-MC-080006-001
 Amount:        $47.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1258
 Amt Tendered: $94.00

Total Due:      $94.00
Total Tendered: $94.00
Change Amt:     $0.00

sk, kaw


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.