

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------------------X
In Re DMCA Subpoena to Reddit, Inc.        :
                                           :
                                           :   Case No. CV 19 80-005 MISC
                                           :
                                           :   RULE 7.1 DISCLOSURE
                                           :   STATEMENT
                                           :                            SK
                                           :
                                           :
------------------------------------------------------------X

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Watch Tower Bible and Tract Society of Pennsylvania, a private non-governmental party, certifies that:

Watch Tower Bible and Tract Society of Pennsylvania has no parent corporation, and there is no publicly held corporation that owns 10% or more shares of its stock. Further, it has no subsidiaries or affiliates that have issued shares to the public.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: January 9, 2019

                                            Respectfully submitted,

**LAW OFFICE OF ANTHONY V. SMITH**       **WATCH TOWER BIBLE AND**
204 East Second Avenue, #331                 **TRACT SOCIETY OF**
San Mateo, CA 94401-3904                    **PENNSYLVANIA**
Telephone: 650-548-0100                      **LEGAL DEPARTMENT**
California Bar No.: 124840                    100 Watchtower Drive
                                                        Patterson, NY 12563
/S/ Anthony V. Smith                           Telephone: 845-306-1000
Anthony V. Smith, Esq.                          Facsimile: 845-306-0709
                                                        Email: inboxLGLipg@jw.org

/S/ Paul D. Polidoro
Paul D. Polidoro
(*pro hac vice* pending)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on January 9, 2019, I electronically filed the foregoing Plaintiff's Rule 7.1 Disclosure Statement with the Clerk of the Court using the CM/ECF system.

Dated: January 9, 2019

Respectfully submitted,

**LAW OFFICE OF ANTHONY V. SMITH**
204 East Second Avenue, #331
San Mateo, CA 94401-3904
Telephone: 650-548-0100
California Bar No.: 124840

/S/ Anthony V. Smith
Anthony V. Smith, Esq.

**WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA LEGAL DEPARTMENT**
100 Watchtower Drive
Patterson, NY 12563
Telephone: 845-306-1000
Facsimile: 845-306-0709
Email: inboxLGLipg@jw.org

/S/ Paul D. Polidoro
Paul D. Polidoro
(*pro hac vice* pending)