# Exhibit A

# WHAT GIFT CAN WE GIVE TO JEHOVAH?

JESUS once said: "There is more happiness in giving than there is in receiving." (Acts 20:35) That basic truth applies to our relationship with Jehovah. Why so? Jehovah has given us many gifts that make us happy, but we can derive even *greater* happiness by *giving* a gift to Jehovah. What gift can we give to Jehovah? Proverbs 3:9 says: "Honor Jehovah with your valuable things." Our "valuable things" include our time, our talents, our strength, and our material assets. When we use such resources to advance true worship, we are giving Jehovah a gift, and doing so brings us great happiness.

When it comes to our material resources, what will help us not to overlook giving our gift to Jehovah? The apostle Paul told the Corinthians to "set something aside" as a contribution. (1 Cor. 16:2) What can you do if you want to get more information about the methods of donation that are available in your area? Please see the box below.



## An Easy Way to Make Online Donations

### EASY TO FIND

 Type donate.jw.org in a web browser

 On the *JW Library*® home page, click on the "Donations" link

### EASY TO USE

Make a onetime donation, or set up a recurring donation to:

- Worldwide Work
- Your Congregation
- Regional Convention
- Circuit Assembly

Online donations cannot be made in all countries. However, information on other ways to donate can be found on the donations web page. In some countries, a document on that page provides answers to frequently asked questions about donations.

  Free downloads of this magazine and other publications are available

 You can also read the *New World Translation* online

Visit www.jw.org, or scan code



w18.11-E
180709