# Exhibit B


give to the organization should be the right wording.

permalink embed save parent

[–] Gonegirl27 "She's gone, and nothin's gonna bring her back" 1 point 4 months ago

"You are everything, and everything is you."

permalink embed save parent

[–] wherearedaemons it's a cult man! 10 points 7 months ago

Did you notice that they said you can give your time, etc. oh and money. Then: rest of the page is about how to give money.

What about your talents and your time?

No the money is most important.

Let the rocks cry out I say.

permalink embed save parent

[–] Spader312 PIMO 4 points 7 months ago

Because Watchtower = Jehovah, duh!!

permalink embed save parent

[–] [deleted] 40 points 7 months ago

If God controls everything, all of the time, and can make anything happen, why does he need access to money?

permalink embed save

[–] [deleted] 21 points 7 months ago

he's doesnt want to make it obvious obvious he exsists, never quite get that bit

permalink embed save parent

[–] wtfnitinfoten manners maketh man 31 points 7 months ago

"Religion has actually convinced people that there's an invisible man living in the sky who watches everything you do, every minute of every day. And the invisible man has a special list of ten things he does not want you to do. And if you do any of these ten things, he has a special place, full of fire and smoke and burning and torture and anguish, where he will send you to live and suffer and burn and choke and scream and cry forever and ever 'til the end of time!

But He loves you. He loves you, and He needs money! He always needs money! He's all-powerful, all-perfect, all-knowing, and all-wise, somehow just can't handle money!"

― George Carlin

permalink embed save

[–] ex-dub Using a paint sprayer since 2004 19 points 7 months ago

"Religion has actually convinced people that there's an invisible man living in the sky who watches everything you do, every minute of every day. And the invisible man has a special list of ten things he does not want you to do. And if you do any of these ten things, he has a special place, full of fire and smoke and burning and torture and anguish, where he will send you to live and suffer and burn and choke and scream and cry forever and ever 'til the end of time!

"But He LOVES you!"

I love how George Carlin's tone changes when he says that, with all sincerity. The man was a comedic genius. And so good at making reality obvious, to anyone who actually listens to him.

permalink embed save parent

[–] lady_Reddragon My tight pants bring all the Dubs to the Yard 25 points 7 months ago

Holy shit! We are one step closer to going into miracle wheat full circle

permalink embed save

[–] [deleted] 21 points 7 months ago

"My tight pants bring all the Dubs to the Yard" lmao

permalink embed save parent

[–] outofthelie2 stay alive till 2075 3 points 7 months ago

Miracle wheat ?

permalink embed save parent

[–] lady_Reddragon My tight pants bring all the Dubs to the Yard 9 points 7 months ago

One of the many Scams Watchtower pulled early. Also comes up on the CT Russell wiki article

permalink embed save parent

[–] outofthelie2 stay alive till 2075 3 points 7 months ago

Thanks I thought it was one of those new scam religions Thing on late night t v

permalink embed save parent

[–] lady_Reddragon My tight pants bring all the Dubs to the Yard 4 points 7 months ago

Nope, i know that during the Rutherford era there were promotions for products and ads at the magazines.

permalink embed save parent

[–] outofthelie2 stay alive till 2075 2 points 7 months ago

Thanks I'll look it up

permalink embed save parent

[–] Tacodetripas The Half-Blood Witness 24 points 7 months ago

Jehovah is suppose to be this all powerful being with the power to create and destroy life, bend time and space at will.

He can bless his followers with the best life ever.

But he needs money?? Boyy ain't that some shit haha

permalink embed save

[–] [deleted] 21 points 7 months ago

This is so fucking gross.

permalink embed save



**The wiki** addresses a number of frequently covered topics and is actively curated by our users.

**Want to exit?** Read the exit guide and get out gracefully.

**Suicidal Thoughts?**
Being an exjw can bring you to some difficult places. If you're in the worst of those places, please stop here first.

**Kicked Out?**
If you've been turned out of your home and you have no place to go, this page has some resources for you.

**Young and Trapped?** An exit guide for stuck-in youths.

**The /r/exjw Glossary**
Confused by some of the jargon around here? Check out the /r/exjw Glossary.

**Related Subreddits**
A list of sister subreddits and otherwise related subs.

**Sample These Submissions**
View some of /r/exjw's all time greatest hits!

**Check Out These Websites**
Destinations elsewhere on the Web that have the best content for exjws.

**Surfing the YouTubes**
From informative to hilarious, these are some of our favorite videos and channels on YouTube.

**Recommended Reading**
Our list of the best books for exjws across a wide variety of topics.

a community for 10 years

MODERATORS    message the moderators

Upliftingmofo
AutoModerator
Busta_Gets_NASTY "Does he have to get nasty?"
ClosetedIntellectual Sexual Warrior
meathead80
KustomTiki Ex-Kult Koolsville
NotListeningItsABook Evolution, like the theory of gravity, is a scientific
TheGreatFraud molester of bees
FrodeKommode
Cylon_Skin_Job_2_10 Internet killed the Biblical Star

about moderation team »

<   >    discussions in r/exjw    X
318 · 23 comments


Jehovah's Witnesses kept secret list of hundreds of child molestation reports, says report - New York Daily News

[–] **tightpantsandbeards** 22 points 7 months ago

Horrible flashbacks to when I got my first job and had my first salary my mom made me promise aka forced me to give Jojoba part of my salary 😂😂😂😂😂

permalink embed save

    [–] **marxiategui** `Take those tight pants off!!` [ ] 6 points 7 months ago

    Johoba™

    permalink embed save parent

        [–] **MemesTickleTheParson** `The Writing Is On the Wall` 10 points 7 months ago

        Jehobo would be more fitting here, since hobos are generally penniless.

        permalink embed save parent

    [–] **PurplePooch** 4 points 7 months ago

    I thought giving was meant to be between the giver and Jehovah.

    permalink embed save parent

[–] **cat-gir** `Faded POMO` 20 points 7 months ago

This isn't even trying to disguise what they are doing. Full on begging 🤦

permalink embed save

    [–] **FullClockworkOddessy** 13 points 7 months ago

    Digital panhandling.

    permalink embed save parent

[–] **lancegalahadx** 13 points 7 months ago

As deluded as they are, the org probably doesn't consider this 'begging'.

I guess Chuck Russell's comments about if God, who owns everything, fails to provide, we will cease publication.

Oh, that's right — their publishing is heading towards zero.

Praise the universe when that day comes!

permalink embed save

    [–] **BeautifulObligation** 4 points 7 months ago

    If only I could get that quote in writing I would showing it around the hall... is in in a watchtower somewhere?

    permalink embed save parent

        [–] **PeppermintBelle** 20 points 7 months ago*

        Found on the online library: "Zion's watchtower' has, we believe, Jehovah for its backer, and while this is the case it will never beg nor petition men for support. When He who says: 'All the gold and silver of the mountains are mine,' fails to provide necessary funds, we will understand it to be time to suspend the publication."

        1975 Yearbook pp 36-41

        permalink embed save parent

            [–] [deleted] 7 months ago

            [deleted]

                [–] **Spader312** `PIMO` 3 points 7 months ago

                Publication not printing

                permalink embed save

                [–] **PeppermintBelle** 2 points 7 months ago

                😂😂😂

                permalink embed save

            [–] **Sigh_2_Sigh** 3 points 7 months ago

            I have a sneaking suspicion that this is why 'they' decided that the faithful slave consists of a group of men who hang out in the main offices [& here's the important part] since 1919 - according to the 'new light'. Planning to eventually delete everything Russel said. Not that they mind pyramids, miracle wheat, 1914 bringing the rapture, etc., it's that damn comment about never asking for money!

            permalink embed save parent

                [–] **PeppermintBelle** 5 points 7 months ago

                I'm planning on creating a file to archive this kind of stuff. I'm sure others are already doing it.

                permalink embed save parent

                    [–] **MultiStratz** `Returned Visitor` 2 points 7 months ago

                    That would be great! Keep me posted please, as I would find that useful!

                    permalink embed save parent

                    [–] **momofpug** 1 point 2 months ago

                    That would ne awesome. If it is possible to tag me somehow I would like to have access to it. I am not good at all at knowing how to archive etc

                    permalink embed save parent

        [–] **AzazelCipher** 4 points 7 months ago

        I think its in an old book not in a zion

        permalink embed save parent

[–] **AzazelCipher** 10 points 7 months ago*

I think its a typo, they need to change Jehovah to Organization.

What gift can you give to the ORGANIZATION of Jehovah?

Well money of course there is more joy in giving us your cash than on you spending such cash. Your loving Governing Body of brothers at JW.borg headquarters.

permalink embed save

[–] **Guiltless0183** `Keep your eyes on the prize` 11 points 7 months ago

Uh oh... Sounds like there are some more abuse settlements looming on the horizon...

permalink embed save

[–] **trwayblahblah** 10 points 7 months ago

I want a refund for my wasted years, my family that I have lost due to shunning and every damn dollar I ever donated and every stupid penny spent on uncomfortable panty hose since bare legs offend.

permalink  embed  save

  [–] **AzazelCipher** 3 points 7 months ago

  Lol yeah pantyhose are expensive. I think its to make the legs more attractive than offensive naked ones.

  permalink  embed  save  parent

    [–] **MultiStratz** Returned Visitor  2 points 7 months ago

    Yes please on this.

    permalink  embed  save  parent

[–] **leveltheplayingfield** 9 points 7 months ago

I know in the past we said that those damn TV church people were greedy for money, but, ah, right now, we need the same. So, if you could, just type in your credit card number online and pay us some fricken money, cause we broke man. Come on, Jesus needs some dough.

permalink  embed  save

[–] [deleted] 7 months ago

 [deleted]

  [–] **CuratorOfYourDreams** Ex-Mormon  3 points 7 months ago

  Good human

  permalink  embed  save

[–] **Godofwine3eb** 9 points 7 months ago

Hey guys, we are different from other religions ! We don't tithe, we don't pass a plate, we don't beg........anyway here are a few scritures that show we are different and only on a "donation basis" yet another term we coined to make it sound like we don't beg for money in the name of god! It's different though! It's the truth,that makes our lying assholiery okay! Que fake smile,forced happiness and a side of love bombing. AND SCENE!

permalink  embed  save

[–] **Venom-99** 6 points 7 months ago

They must be really strapped for cash at this point. Or just greedy. Either way, they won't be getting another cent from me.

permalink  embed  save

  [–] **outofthelie2** stay alive till 2075  9 points 7 months ago

  Oh I give them my .02cents everyday

  permalink  embed  save  parent

    [–] **arseniobillingham21** 2 points 7 months ago

    Is that 2 cents, or .02 cents? https://youtu.be/MShv_74FNWU

    permalink  embed  save  parent

      [–] **outofthelie2** stay alive till 2075  2 points 7 months ago

      Watched the vid It's excellent, thanks

      permalink  embed  save  parent

[–] **JohnRJay** 7 points 7 months ago

Material resources! Valuable things! Why can't they just say MONEY?

permalink  embed  save

  [–] **AzazelCipher** 5 points 7 months ago

  Money sounds like they are not keeping their promise of never asking for such things.

  permalink  embed  save  parent

[–] **warranpiece** 8 points 7 months ago

"But we don't have donation plates".

Nobody does dummies.

permalink  embed  save

[–] **adifferentkindoffine** 6 points 7 months ago

Jehovah needs to get a real job and stop asking for hand outs.

permalink  embed  save

[–] **RodgerGoode** Hey! Must be the Money  6 points 7 months ago

Rather: What does Jehovah's imperfect, uninspired organisation give to you? Hmmm - NOT MUCH !!!!! Besides a broken family, guilt trips, risk of death, dangerous environment for children, conditional love training and no career....

permalink  embed  save

[–] **[deleted]** 11 points 7 months ago

who the fuck is JW?

when I started studying it was always the sanctification of gods name

permalink  embed  save

  [–] **toddy-GA** 5 points 7 months ago

  JW Marriott

  permalink  embed  save  parent

    [–] **AzazelCipher** 5 points 7 months ago

    Jeorge Washington

    permalink  embed  save  parent

      [–] **wherearedaemons** it's a cult man!  3 points 7 months ago

      Jurassic World

      permalink  embed  save  parent

        [–] **MultiStratz** Returned Visitor  4 points 7 months ago

Johnny Walker
permalink embed save parent

[–] **lapilli1** 10 points 7 months ago
Besides the churches that have compulsory tithing, this brings wt to the top ranks of beggars. In a sense this is more fraudulent, since wt asks people to give money to God, using a personal name, Jehovah, when the money can only be sent to corporations with officers named Leon Weaver Jr and Bob Ciranko, who do the bidding of Sam/Gerry/Dave/Steve/Tony/Geoff/Mark......
permalink embed save

[–] **AntRid** `Living in the Real World` 4 points 7 months ago
This isn't new, go back 15 years or so and every mag had a subscription service with customer testimonials on the back or adverts for their books.
permalink embed save

[–] **Pig-in-a-Poke** `heading to hell in a handbaskst` 5 points 7 months ago
Jehovah needs new finance managers
permalink embed save

[–] **MemesTickleTheParson** `The Writing Is On the Wall` 5 points 7 months ago
This is getting dangerously close to "sale of indulgences" territory.
I'd very much like to get Martin Luther's take on this article.
permalink embed save

[–] **Overcrapping** 5 points 7 months ago
So there is more "happiness in giving than receiving" eh?
Well, give my mum's congregation their kingdom hall back you money grabbing bastards.
Then see how happy you will be.
permalink embed save

[–] **PurplePooch** 5 points 7 months ago
I haven't read everyone's comments yet because I just felt ragey. JW org always prided itself (I thought) on not soliciting donations. Followers are taught that Jehovah will provide for them financially if they are faithful to Him. So why does the WT need $ - can't Jehovah provide it? I just feel so disgusted seeing that ad. I never remember seeing anything like it - donation boxes used to be fairly discreet, and the giving discreet. JW's held their noses in the air over churches who pass collection plates and ask for tithes.
Didn't Jesus overthrow the sellers in the temple? How is this any different?
permalink embed save

[–] [deleted] 7 months ago
 [deleted]

  [–] **AlienSausage** `Let's review: It's a cult!` 3 points 7 months ago
  Anyone who is PIMO and goes to meetings should totally start making big cheques out to "Jehovah". When the elders come around and try and make you change it to Watchtower et all you can tell them to get fucked.
  permalink embed save

[–] **MatthiasChareezy** `Shunned Son [ ]` 4 points 7 months ago
I like how they make it seem like your donation can go to any of those 4 wonderful causes but they all funnel into the same bank account.
permalink embed save

[–] **[deleted]** 4 points 7 months ago
Jehovah I'm busy. Can I ignore you some other time?
Jehovah, my middle finger gets a boner every time you ask me for money.
permalink embed save

[–] **kakonthewarrior** 4 points 7 months ago
November 15 Watchtower has had this feature as long as I remember. It's actually kinda dialed back for them.
permalink embed save

[–] **merryxmasheathens** 5 points 7 months ago
Someone should replace the QR code
permalink embed save

[–] **elderonhiswayout** `Now ex-elder. Yay!` 4 points 7 months ago
Interesting, the November Watchtower was always used to 'advertise' the methods by which it is possible to donate to Watchtower. But the difference here is that no mention is made of bequeathing assets etc. That, together with the brazen tone of this article, is further indication that they are cash-strapped!
They don't have time to wait for you to die and hand over your property which they will then have to sell. No. They need your cash. NOW.
permalink embed save

[–] **CallsignViperrr** `I'm your Huckleberry!` 3 points 7 months ago
No shame. None. ZERO.
permalink embed save

[–] **exjwprisoner** 5 points 7 months ago
Didn't Russel say when they have to start begging for money that would be the sign to close the doors???
permalink embed save

  [–] **AzazelCipher** 2 points 7 months ago
  Yes, but they are not begging they are just asking. There is a difference after all.
  permalink embed save parent

[–] **killinghurts** 3 points 7 months ago
What happened to "We don't ask for donations" ...?!!
permalink embed save


[–] **blcfla** 4 points 7 months ago
We just guilt 🤷

permalink embed save parent

[–] **AlienSausage** Let's review: It's a cult! 3 points 7 months ago

Does Jehovah have a bank account? Let me guess, it's a joint account with Watchtower affiliates.

permalink embed save

[–] **blcfla** 2 points 7 months ago
Uhhh yes they have been 'directed' to collect on his behalf!

permalink embed save parent

[–] **stephengee** 3 points 7 months ago

Does anyone else remember that old Watching the World blurb about how shameful it was that worldly churches had credit card donations, even doing automatic payments?

Oh how hypocritical they've become.

permalink embed save

[–] **AzazelCipher** 2 points 7 months ago

I dont recall but they do have automatic payment methods. I remember a YouTube video about it.

permalink embed save parent

[–] **th-inc** 3 points 7 months ago

> Today's goal: $ 4,000

permalink embed save

[–] **Jennsinc** 2 points 7 months ago

I remember growing up the Gift we could give Jehovah was our **heart**. Boy times have changed.

permalink embed save

[–] **JulesPetyt** 2 points 7 months ago

when I was still in- well over 20 years ago- this would never have happened. Shameless

permalink embed save

   [–] [deleted] 7 months ago
   [deleted]

      [–] **JulesPetyt** 1 point 7 months ago
      sneaky!

      permalink embed save

[–] **cgar94** 2 points 7 months ago
Makes cents to me

permalink embed save

[–] **outofthelie2** stay alive till 2075 2 points 7 months ago
2 cents

permalink embed save



about
blog
about
advertising
careers

help
site rules
Reddit help center
wiki
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website

<3
reddit premium
reddit coins
redditgifts

Use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**. © 2019 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π