# Exhibit D

**Congregation Record of Processing Activities**
**Article 30 of GDPR**

Article 30(1)(a): Name and Contact Details of Data Controller - Congregation Name:

| Type of Record | Article 30(1)(f): Retention | Article 30(1)(b): Purpose for Processing This Data | Right to Process - Article 6 or 9 of GDPR | Article 30(1)(c): Categories of Data Subjects | Article 30(1)(c): Categories of Personal Data Collection | Article 30(1)(d): To Whom Personal Data is Disclosed | Article 30(1)(e): Is Data Transferred to a Third Country | If Transfer, What is the Legal Basis | Article 30(1)(g): Technical and Organizational Security Measures |
|---|---|---|---|---|---|---|---|---|---|
| Notice and Consent for Use of Personal Data (S-290) | See Instructions for Use of Personal Data (S-291) | Record of publishers giving consent to process their data. | Article 6(1)(a), 6(1)(c), 9(2)(a), and 9(2)(d) | Publishers | Name and surname | No one | No | None | Access is restricted and viewed as confidential. Data held on hard copy form are kept in files that are locked with access restricted to only authorized personnel, hard copy is filed in locked cabinet. |
| Congregation's Publisher Record Cards (S-21) | See Letter to BOE dated January 6, 2017 | Keeping of membership data including publisher activity | Article 6(1)(a), 6(1)(f), and Article 9(2)(d) | Publishers (non-baptized, baptized) | Name, surname, birthdate, address, telephone numbers, baptism date, gender, preaching activity, anointed/other sheep, privileges | No one | No | None | Access is restricted and viewed as confidential. Data held on hard copy form are kept in files that are locked with access restricted to only authorized personnel, hard copy is filed in locked cabinet. |
| Records of Confidential Cases including judicial committee data (S-77 and items in envelope) | See Letter to BOE dated January 6, 2017 | To maintain membership status data, necessary to uphold religious tenets (no rebaptism, remove from congregation), protection of congregation, to fulfill legitimate interests of religious organization | Article 6(1)(a), 6(1)(f) and Article 9(2)(d) | Publishers and former Witnesses (former members) | Name, gender, birthdate, baptism date, date of disfellowshipping/disassociation, congregation, reason for disfellowshipping/disassociation, date of readmission, names of the elders, and last S-21 | Elders working in the Service Department at the branch office | Some personal data may be transferred via jw.org e-mail to the branch office using servers in the United States | Legitimate interest of religious organization and Article 49(1)(a) | Data is blocked and access is restricted and viewed as confidential. Data held in hard copy form are kept in files that are locked with access restricted to only authorized personnel, hard copy is filed in locked cabinet |
| Elders and Ministerial Servants | See Letter to BOE dated January 6, 2017 | Record of appointments and removals to fulfill legitimate interests of the religious organization | Article 6(1)(a), 6(1)(f), and Article 9(2)(d) | Publishers | Name, surname, date of appointment or deletion | Circuit overseer, authorized personnel at branch office level and some limited data to authorized personnel at world headquarters in the United States | Some personal data may be transferred via jw.org e-mail to the branch office using servers in the United States, and some limited data to world headquarters in the United States | Legitimate interest of religious organization and Article 49(1)(a) | Access to records is restricted based on security roles and permissions. Data held in hard copy form are kept in files that are locked with access restricted to only authorized personnel |
| Report on Circuit Overseer's Visit With Congregation (S-303) | See Letter to BOE dated January 6, 2017 | To carry out the legitimate purposes of the religious organization | Article 6(1)(f) and Article 9(2)(d) | Publishers | Comments on the spiritual health of congregation. | Authorized personnel at branch office level | Some personal data may be transferred via jw.org e-mail to the branch office using servers in the United States | Legitimate interest of religious organization and Article 49(1)(a) | Access to records is restricted based on security roles and permissions. Data held in hard copy form are kept in files that are locked with access restricted to only authorized personnel |
| Publisher Letters of Introduction | See Letter to BOE dated January 6, 2017 | To carry out the legitimate purposes of the religious organization | Article 6(1)(a), 6(1)(f), and Article 9(2)(d) | Publishers (non-baptized, baptized) | Comments on the spiritual health of the publisher. | Elders in the publisher's new congregation. | Personal data may be transferred via jw.org e-mail using servers in the United States to the elders of the publisher's new congregation | Legitimate interest of religious organization and Article 49(1)(a) | Data held in hard copy form are kept in files that are locked with access restricted to only authorized personnel |
| Advance Medical Directives | See Letter to BOE dated January 6, 2017 | To assist publishers in case of a medical emergency. | Article 6(1)(a) | Publishers | Name, surname, health-care instructions; name, surname, address, telephone of health-care agent; and name, surname, and address of witnesses. | No one - except in cases of medical emergency (which is the purpose of the form) | No | None | Access is restricted and viewed as confidential. Data held on hard copy form are kept in files that are locked with access restricted to only authorized personnel, hard copy is filed in locked cabinet. |
| Applications | Date received plus 3 years | To review qualifications for volunteer programs | Article 6(1)(a) and Article 9(2)(d) | Publishers | Application date, application status, application type, expiry date, end day, end time a.m./p.m., start day, start time a.m./p.m. (rest of application data held in other types of records) [Name, surname, birthdate, address, telephone numbers, baptism date, gender, ethnicity, government identification, marital status, skills, privileges, spiritual health, and physical health] | Authorized personnel at branch office level, and some applications to world headquarters, to process the applications | Some personal data may be transferred via jw.org e-mail to the branch office using servers in the United States, and some applications may be transferred to world headquarters in the United States | Article 49(1)(a) - Applicants sign explicit consent on applications | Access to records is restricted based on security roles and permissions. Data held in hard copy form are kept in files that are locked with access restricted to only authorized personnel |
| Meeting Assignments | Retained until assignment fulfilled and schedule is updated | To carry out the legitimate purposes of the religious organization, including organizing meetings | Article 6(1)(a) | Those who have joined the congregation school | Name, surname, telephone number | No one | No | None | Access is restricted and viewed as confidential. Data is placed on the congregation's notice board based on consent. |
| Contact Information | As long as publisher is in the congregation | To be able to contact publishers in the event of emergencies | Article 6(1)(a) | Publishers (non-baptized, baptized) | Name, surname, telephone numbers, e-mail, address information, alternate contact information. | No one | No | None | Access is restricted and viewed as confidential. Data held on hard copy form are kept in files that are locked with access restricted to only authorized personnel, hard copy is filed in locked cabinet. |
| Do Not Calls | As long as a request is made to not be contacted | To respect the wishes of individuals | Article 6(1)(a) | Members of the public | Address | No one | No | None | Access is restricted and viewed as confidential. Data is given to publishers so they may fulfill wishes of member of public and not contact them at their home. |
| Vendor Files | As long as active, and legally required thereafter | To make purchases, pay bills | Article 6(1)(b) | Suppliers | Name, company contact information | No one - unless contractually required | No - unless contractually required | None - if contractually required the legal basis is Article 49(1)(b) | Access is restricted and viewed as confidential. Data held in hard copy form are kept in files that are locked with access restricted to only authorized personnel, hard copy is filed in locked cabinet. |
| Recordings of Meetings | One week | For the benefit of elderly and sick publishers | Article 6(1)(a) and Article 9(2)(d) | Publishers (non-baptized, baptized) and visitors to limited congregations | Video images and voices | Authorized publishers via JW Stream | Video recording of meeting will by uploaded and transferred through stream.jw.org | Article 49(1)(a) | Access is restricted based on permissions and passwords. |
| Security Footage (CCTV) | See specific law in country | To monitor public areas for security and safety | Article 6(1)(f) | Public | Audio/video monitoring (even if images are not stored/kept) and recording of public | No one | No | None | Access to records is restricted based on security roles and permissions, unnecessary data is deleted, all data is password protected. |