Corynne McSherry (SBN 221504)
corynne@eff.org
Alexandra Moss (SBN 302641)
alex@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Tel.: (415) 436-9333
Fax.: (415) 436-9993

*Counsel for Movant
Electronic Frontier Foundation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re DMCA Section 512(h) Subpoena to Reddit, Inc.** | Case No.: 3:19-mc-80005 SK<br><br>**DECLARATION OF ALEXANDRA H. MOSS IN SUPPORT OF MOTION TO QUASH SUBPOENA TO REDDIT, INC. SEEKING IDENTITY AND USAGE INFORMATION.** |

1. I am attorney of record for Plaintiff Electronic Frontier Foundation ("EFF") in this matter. I am a member in good standing of the California State Bar and am admitted to practice in this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of websites containing the following articles as they appeared to me on March 24, 2019:

- Monica Soriano, BBC News, *The ex-Jehovah's Witnesses shunned by their families*, July 25, 2017, available at: https://www.bbc.com/news/uk-40704990;

- Rodney Wilson, HuffPost, *'I Am Now a Ghost': Jehovah's Witnesses and Shunning*, December 6, 2017, available at: https://www.huffingtonpost.com/rodney-wilson/i-am-now-a-ghost-jehovahs_b_9764478.html; and

- Tresa Baldas, Detroit Free Press, *Ex-Jehovah's Witnesses break silence on shunning: 'My mother treats me like I'm dead,'* https://www.freep.com/story/news/local/michigan/2018/03/18/jehovahs-witnesses-murder-suicide-keego-harbor/409695002/), March 18, 2018.

3. Attached hereto as Exhibit B is a true and correct copy of a website that contains the following article as it appeared to me on March 24, 2019:

- Samantha Schmidt, Washington Post, *Australian Jehovah's Witnesses protected over a thousand members accused of child abuse, report says*, November 28, 2016/

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Signed on this 26th day of March, 2019 in San Francisco, California.

                                          */s/ Alexandra H. Moss*
                                          Alexandra H. Moss