Corynne McSherry (SBN 221504)
corynne@eff.org
Alexandra Moss (SBN 302641)
alex@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Tel.:  (415) 436-9333
Fax.: (415) 436-9993

*Counsel for Movant*
*Electronic Frontier Foundation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re DMCA Section 512(h) Subpoena to Reddit, Inc. | Case No.: 3:19-mc-80005-SK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA TO REDDIT INC. SEEKING IDENTITY** |
|---|---|

    Before the Court is the Non-Party Movant's motion for an order quashing Watch Tower Bible & Tract Society of Pennsylvania's January 16, 2019 subpoena to Reddit, Inc.

    Having given full consideration to the parties' papers, the relevant authority, and good cause appearing,

    **IT IS ORDERED** that the motion is **GRANTED** and the subpoena is quashed in its entirety.

    **IT IS SO ORDERED.**

DATED: _____     _____

                                                                              Hon. Sallie Kim
                                                                          UNITED STATES MAGISTRATE JUDGE