Corynne McSherry (SBN 221504)
corynne@eff.org
Alexandra Moss (SBN 302641)
alex@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Tel.:  (415) 436-9333
Fax.: (415) 436-9993

*Counsel for Movant*
*Electronic Frontier Foundation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re DMCA Section 512(h) Subpoena to Reddit, Inc.** | Case No.: 3:19-mc-80005-SK <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor Electronic Frontier Foundation states that it is a donor-funded, non-profit civil liberties organization. Electronic Frontier Foundation has no parent corporation and no publicly held corporation owns 10% more of its stock.

Dated:  March 26, 2019                     ELECTRONIC FRONTIER FOUNDATION

                                    By:   */s/ Alexandra H. Moss*
                                          Alexandra H. Moss

                                    ELECTRONIC FRONTIER FOUNDATION
                                    815 Eddy Street
                                    San Francisco, CA 94109
                                    Phone: (415) 436-9333
                                    Fax:  (415) 436-9993
                                    alex@eff.org
                                    Attorneys for Intervenor Electronic Frontier Foundation