# EXHIBIT B

   Search r/exjw   

**Posts**   Wiki   Rules   Filters ▾   Suicide Help ▾   R/EXJW Zeemaps

Join the discussion   [BECOME A REDDITOR]

Posted by u/funkalunatic 6 days ago
**EFF Backs Redditor in Fight to Stay Anonymous**
eff.org/press/... ⌁
News



💬 33 Comments   ➤ Share   •••                                         100% Upvoted

What are your thoughts? Log in or Sign up         [LOG IN]   [SIGN UP]

SORT BY   BEST ▾

▲  **ClosetedIntellectual** Sexual Warrior 🛡 Score hidden · 6 days ago · Stickied comment
▼  Wonderful news. On behalf of the mods- massive thanks to any and everyone who has seen our community's abuse and has responded in our defense. I hope that justice will be served.

Well done, Spilver, and everyone else who found the means to fight back. You give us hope.

Contact: corynne@eff.org Phone: +1 415 436 9333 x122 PGP Key: Plain text icon pubkey_corynne.txt Twitter handle: @cmcsherr

Email Address: alex@eff.org Phone: 415.436.9333 ext. 160 Twitter handle: @alexhmoss

💬 Reply   Share   Report   Save

▲  salty_bastard_guy  24 points · 6 days ago
▼  Lol I love /u/darkspilver

He always has A TON of unbiased sources and news articles. This might not be the case every time, but the work he is doing is top notch.

💬 Reply   Share   Report   Save

▲  salty_bastard_guy  18 points · 6 days ago
▼

   Search r/exjw                                                       

Best of luck /u/darkspilver

Reply  Share  Report  Save

▲ TerryLawton  Overlapping what? Matt 1v17  20 points · 6 days ago
▼ Best of luck u/darspilver

I got two subpoena's myself so i know what your going thru, unfortunately I left it too late for EFF to get invloved but the principle in EFF is waiting in the wings to see if they want to go to court, then they will kick in. Mr Nazer is a wonderful guy in there and he is chomping at the bit for Watchtower.

My old youtube handle was TheUnReluctant.

.

So for any Watchtower scumabg lurkers reading this.

Tell Paul Dolidoro and Phil Brumley from me.....bring it on.....bring it on.

And dont bother sending me a cease and desist letter, it will be returned with the following in large Red Bold ink.

"Suck my spiritual balls!"

Reply  Share  Report  Save

▲ wondering-soul  1 point · 5 days ago
▼ What did you do to get subpoenaed?

Reply  Share  Report  Save

▲ TerryLawton  Overlapping what? Matt 1v17  3 points · 5 days ago
▼ Nothing much bud, just annoyed them with the stuff i was finding out i.e nice big houses (i think is for the GB, but without a PI to sit outside and watch who is going in and out of them, i can never confirm it, but what does the society need houses worth millions of dollars for when they have one of the biggest cult compounds in the world just down the road from Tuxedo park) purchased in Tuxedo park near Warwick in a lovely secluded private grounds amongst other financial elements that got under their skin and up their nose.

I made an error by uploading a leaked video, and that was there IN to send out the dogs....

Lesson learned.

Reply  Share  Report  Save

▲ urattorney  2 points · 22 hours ago
▼ could you pm me with more info, i regularly travel and would love to investigate this more.

Reply  Share  Report  Save

▲ fnatic_questions  1g+1g=1g  1 point · 18 hours ago

  ▼  Q Search r/exjw

Reply  Share  Report  Save

▲
▼ **Flov70**  18 points · 6 days ago
That is quite telling that WT is going after Reddit posters. They are no doubt hoping it will have a chilling effect on the forum.

Reply  Share  Report  Save

▲
▼ MindlessReception  **Donkey dicks and horse genitals (⌐ʖ⌐)(°ʖ°)**  16 points · 6 days ago
Lmao. "chilling effect" my ass. We're always gonna fight, and always gonna actually unconditionally support and defend our brethren that fight in enemy territory.

Reply  Share  Report  Save

▲ Asterios390528  3 points · 3 days ago
▼ EFF has made my donation list this year. Will include note that it's because of this.

Reply  Share  Report  Save

▲ Askmeaboutmy_Beergut  **"Somebody's gonna have to give up some booty" -Fleece Johnson**  14 points · 6 days ago
▼ The contact info for the EFF reps in the article should be stickied here.

If watchtower thinks they can bully people through subpoenas they're wrong according to this article. The article says most stuff is fair use and courts routinely squash these baseless subpoenas AND...as the article says "the watchtower lawyers *should* know this!"

Looks like this is a good way to fight the bozo lawyers in Warwick on their little witch hunt.

Reply  Share  Report  Save

▲ ClosetedIntellectual  **Sexual Warrior**  2 points · 6 days ago
▼ Done!

Reply  Share  Report  Save

▲ Askmeaboutmy_Beergut  **"Somebody's gonna have to give up s..."**  7 points · 5 days ago · *edited 5 days ago*
▼ Also, didn't John Redwood have a list of all the subpoenas watchtower had issued on like an excel spreadsheet or on some website?

I would forward that entire list to the EFF contacts so they could try to squash all these subpoenas. Every subpoena should automatically be forwarded to the EFF.

The GB are bullies and so are their lackey lawyers. These guys live in a JW bubble and are used to bullying the R&F. But that doesn't work here in the real world.

ALSO....At what point does this wade into harrasement by these lawyers? I'd like to get an opinion on that. Because IF all these subpoenas get tossed can the behavior of the watchtower lawyers rise to the level of harrasement of a group? IDK just spitballing here.

Reply  Share  Report  Save

▲ ClosetedIntellectual  **Sexual Warrior**  1 point · 5 days ago

  ▼    Q Search r/exjw        

💬 Reply   Share   Report   Save

---

▲ kevinmcfree   **LEGO of your jdub dogma**   14 points · 6 days ago
▼
its just wonderful to see EFF do this. EFF helped me get a lawyer for this exact same thing, and the motion to quash used similar language.

my hope is that once the court starts getting more of these motions to quash and seeing watchtowers true agenda they will stop spitting out these ridiculous subpoenas.

💬 Reply   Share   Report   Save

▲ ClosetedIntellectual   **Sexual Warrior**   3 points · 6 days ago
▼
Same. When will you know what the result was in your case?

💬 Reply   Share   Report   Save

▲ kevinmcfree   **LEGO of your jdub dogma**   7 points · 5 days ago
▼
the court doesnt appear interested in dealing with it. so ive not heard anything this year despite watchtower presenting another motion to compel.

no news is good news 😬

💬 Reply   Share   Report   Save

▲ ClosetedIntellectual   **Sexual Warrior**   2 points · 5 days ago
▼
I guess so!

💬 Reply   Share   Report   Save

▲ Asterios390528   2 points · 3 days ago
▼
Can I ask - for future readers - do you have tips on what not to do, so as to reveal your identity here? Did you post some relevant photo or something? I'm confused as to how the org managed to even determine who you are let alone send out the legal dregs.

💬 Reply   Share   Report   Save

▲ kevinmcfree   **LEGO of your jdub dogma**   2 points · 3 days ago · *edited 2 days ago*
▼
a general tip would be not to publish anything on social media that is a leak or unpublished work of watchtower. or ==if you are doing that it must be done from a neutral ip address and vpn.==

==i published a leaked video.== this allowed watchtower to get a copyright strike on my youtube channel which gave them ammunition to get an easy subpoenas using the DMCA. the subpoena is not directed at me but rather at google. they are then compelled to hand over all contact details for the infringing account.

in my case google has not handed any info over but are awaiting the courts decision on my motion to quash.

but short answer is, ==if you dont use anything directly copyrighted to watchtower they will never be able to find you without you revealing who you are to someone online.==

hope that helps answer your question ✌

  Search r/exjw

> ==to remove any danger of being outed take privacy steps or dont use their stuff==
> Reply  Share  Report  Save

>> Asterios390528  1 point · 2 days ago
>> it does for sure, thank you - and a good tip for anyone else thinking about it.
>> Reply  Share  Report  Save

FrodeKommode  12 points · 6 days ago · edited 6 days ago

This is ==huge, we all got your back u/darkspilver== !

I'll sticky this as soon as I'm sure I can free one up.

I just ignored my subpoena, so Google probably gave them all my IP-adresses (Hi, there Paul Poldoro ;-) )
But I'm happy to see that Darkspilver is fighting this on behalf of all of us!

Reply  Share  Report  Save

Throwaway20180911  The voice definitely went to his head  12 points · 6 days ago

I suspect similar things have been happening for a while. High profile accounts suddenly going dark or deleted.

It's very telling that WT fears the free and open discussion of ideas. They must not have much confidence in the strength of their ideological position if they have to go through such lengths to silence dissent.

Although, they do worship a deity who is said to plan the extermination of all who disagree with him. ;-)

Reply  Share  Report  Save

beardgate  Measuring pyramids since 1891.  11 points · 6 days ago

Best of luck u/darkspilver

Reply  Share  Report  Save

Strange_An0maly  7 points · 6 days ago

Hooray!

Reply  Share  Report  Save

==TheGreatFraud  molester of bees  8 points · 5 days ago==

IANAL, but as the EFF says, all of the things they are accusing him of seem to obviously fall under fair use.

I wonder what their case even is, unless their only aim is to unmask/disfellowship him.

There are a lot of us here Watchtower, and we know your **dirt.** ==Good luck shutting us all up.==

Reply  Share  Report  Save

  ▼  Q Search r/exjw 

⬇ And here I am wondering what happened to darkspliver. Thank you for fighting back!

💬 Reply   Share   Report   Save

⬆ TerryLawton  Overlapping what? Matt 1v17   6 points · 6 days ago
⬇ https://www.reddit.com/r/exjw/comments/b63o0m/efforg_udarkspilver/

💬 Reply   Share   Report   Save

⬆ Case29  4 points · 5 days ago
⬇ So watchtower can Eff off 😁... love it

💬 Reply   Share   Report   Save

⬆ EinDenker  A humble apostate from r/exzj   2 points · 5 days ago
⬇ Sad to see that another activist is silenced thru a missuse of copyrights.

💬 Reply   Share   Report   Save

⬆ notrab  1 point · 5 days ago
⬇ Don't forget about https://faithleaks.org/

💬 Reply   Share   Report   Save

⬆ flyingdutchman007  1 point · 4 days ago
⬇ its amazing that the same freedom of speech that JWs fought before the US Supreme Court in the 1940s are NOW begin used to fight for the rights of darkspilver.

how ironic indeed!!!

💬 Reply   Share   Report   Save