# EXHIBIT E

Civil Action No. 3:19-mc-80005-SK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CUSTODIAN OF RECORDS FOR REDDIT, INC.
on *(date)* 01/24/2019

☑ I served the subpoena by delivering a copy to the named person as follows: c/o CSC-LAWYERS INCORP SERVICE, AGENT FOR SERVICE OF PROCESS BY SERVING BECKY DEGEORGE PROCESS SPECIALIST at 2710 Gateway Oaks Drive #150N, Sacramento, CA 95833 on *(date)* 01/24/2019 at 02:15 PM ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/24/2019

*Server's signature*

HENRY GARCIA (REG. No.: 2015-61, COUNTY: SACRAMENTO)
*Printed name and title*

EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CA 90086
(213) 975-9850

*Server's address*

Additional information regarding attempted service, etc.:

(WHQ-0125267.MM)