DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for
REDDIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena To Reddit, Inc. | Case No. 3:19-mc-80005-SK<br><br>**REDDIT, INC.'S JOINDER IN MOTION TO QUASH**<br><br>Date:   May 6, 2019<br>Time:  11:00 AM<br>Ctrm:   C – 15th Floor<br>Judge: Honorable Sallie Kim |

1 | Reddit, Inc. hereby joins in the Motion to Quash, ECF No. 8, filed in this matter.

Dated: April 22, 2019                     DURIE TANGRI LLP

                                   By:    */s/ Joseph C. Gratz*
                                          JOSEPH C. GRATZ

                                   Attorneys for
                                   REDDIT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ