# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case Number :      2019-80005

Case Title :       In Re DMCA Subpoena to Reddit, Inc.

## THIS DOCUMENT CONTAINS AN AUDIO FILE ATTACHMENT

The attached digital recording is a copy of a court proceeding and is provided as a convenience to the public. It is not an official record; only transcripts prepared by court-arranged transcriptionists will be considered the official record of this proceeding. 28 U.S.C. § 753(b).

For information about ordering a transcript, see        https://cand.uscourts.gov/transcripts

| | |
|---|---|
| Case Type : | mc |
| Audio Date\Time: | 5/6/2019 10:57:52 AM |
| Audio File Name : | 3mc2019-80005_20190506-105752.mp3 |
| Audio File Size : | 10488 KB |
| Audio Run Time : | [00:21:51] (hh:mm:ss) |

**How to access the audio file**
The audio file is embedded as an attachment in this PDF document.

*Listening to the file with Adobe Reader:* Click the Attachments tab or the Paper Clip icon. Select the audio file and click Open. If you do not see the Attachments tab, press **F4** on your keyboard, then click the Paper Clip icon, OR click on **View > Show/Hide > Navigation Panes > Attachments.**



**For technical support, guidance and more info**:        https://cand.uscourts.gov/audio