Corynne McSherry (SBN 221504)
corynne@eff.org
Alexandra Moss (SBN 302641)
alex@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Tel.:  (415) 436-9333
Fax.: (415) 436-9993

*Counsel for Movant*
*John Doe*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| **In Re DMCA Section 512(h) Subpoena to Reddit, Inc.** | Case No.: 3:19-mc-80005-SK |
|---|---|
| | **ELECTRONIC FRONTIER FOUNDATION'S NOTICE OF MOTION ON BEHALF OF JOHN DOE FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 25, 2019, or as soon thereafter as this case may be heard, Electronic Frontier Foundation on behalf of John Doe ("Doe") hereby moves to quash the Watchtower Bible and Tract Society Inc.'s ("Watchtower") subpoena to Reddit, Inc. ("Reddit").

Electronic Frontier Foundation's motion on behalf of John Doe is based upon this notice of motion, the following memorandum of points and authorities, any reply filed in support of this motion, all other papers filed and proceedings had in this action, oral argument of counsel, and such other matters as the Court may consider.

Dated: June 1, 2019                                    Respectfully submitted,

                                                       By:   *Alexandra H. Moss*
                                                             Alexandra H. Moss

| | |
|---|---|
| 1 | Alexandra H. Moss (SBN 302641) |
| 2 | alex@eff.org |
|   | Corynne McSherry (SBN 221504) |
| 3 | corynne@eff.org |
|   | ELECTRONIC FRONTIER FOUNDATION |
| 4 | 815 Eddy Street |
|   | San Francisco, CA  94109 |
| 5 | Tel.:  (415) 436-9333 |
|   | Fax.: (415) 436-9993 |

*Counsel for Movant*
*John Doe*