Corynne McSherry (SBN 221504)
corynne@eff.org
Alexandra Moss (SBN 302641)
alex@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Tel.:  (415) 436-9333
Fax.: (415) 436-9993

*Counsel for Movant
John Doe*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| **In Re DMCA Section 512(h) Subpoena to Reddit, Inc.** | Case No.: 3:19-mc-80005-SK |
|---|---|
| | **[PROPOSED] ORDER GRANTING MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE** |

Before the Court is the Non-Party Movant's motion for an order quashing Watch Tower Bible & Tract Society of Pennsylvania's January 16, 2019 subpoena to Reddit, Inc.

Having given full consideration to the parties' papers, the relevant authority, and good cause appearing,

**IT IS ORDERED** that the motion is **GRANTED** and the subpoena is quashed in its entirety.

**IT IS SO ORDERED.**

DATED: _____    _____
                                                              Hon.