Paul D. Polidoro (admitted *pro hac vice*)
Watch Tower Bible and Tract Society
of Pennsylvania, Legal Department
100 Watchtower Drive
Patterson, NY 12563
ppolidor@jw.org
Tel.: (845) 306-1000
Fax: (845) 306-0709
Anthony V. Smith (SBN 124840)
Law Office of Anthony V. Smith
204 East Second Avenue, #331
San Mateo, CA 94401-3904
Telephone: 650-548-0100
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re DMCA Section 512(h) Subpoena to Reddit, Inc.** | CASE NO. 3:19-mc-80005-SK <br><br> **[PROPOSED] ORDER DENYING MOTION FOR *DE NOVO* DETERMINATION OF MOTION TO QUASH** |

Before the Court is the Non-Party Movant's motion for an order quashing Watch Tower Bible & Tract Society of Pennsylvania's January 16, 2019 subpoena to Reddit, Inc.

Having given full consideration to the parties' papers, the relevant authority, and good cause appearing,

**IT IS ORDERED** that the motion is **DENIED** and Reddit, Inc. is hereby directed to immediately comply with the January 16, 2019 subpoena.

DATED: _____       _____
                                                                                Hon. Jon S. Tigar, U.S.D.J