# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 1, 2019                                        Judge: Hon. James Donato

Time: 37 Minutes

Case No.     **MC 19-80005-SK**
Case Name    **In Re DMCA Subpoena to Reddit, Inc.**

Attorney(s) for Plaintiff(s):     Alex H. Moss/David Greene
Attorney(s) for Defendant(s):     Paul Polidoro

Deputy Clerk: Lisa R. Clark                                 Court Reporter: Katherine Sullivan

## PROCEEDINGS

Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge – Held

## NOTES AND ORDERS

The Court hears argument on the motion and will issue a written order.