Robert M. Shaw
216 W Empire St
Galena Kansas 66739
765-686-9666
Robbshaw27@gmail.com

FILED
JAN 08 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Friend of the Court Brief
Entered by "Interested Party"

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WatchTower Bible and Tract Society of Pennsylvania | Case No.: 19-MC-80005-SK |
| Plaintiff(s), | **NOTICE OF MOTION TO REVISIT** |
| vs. | |
| Electronic Frontier Foundation AKA redditt, | |
| Defendant(s). | |

This Court has ruled already on the case and WatchTower cannot accept that they need to know the person known as Darkspilver, and Redditt has the First Amendment right to allow Darkspilver the First Amendment Right of Free Speech and Darkspiver' Right to freedom of religion.

This past week WatchTower used its power to strike and take down EX-JW Wally on Youtube because EX-JW Wally and his cat named ZeeZee poked fun at the Mega Rich WatchTower, for being so wealthy yet WatchTower lectures it's members to not seek riches, and EX-JW Wally had a running gag to poke good nurtured fun at the WatchTower which many of us Ex-jw members found to be very humorous which is 100% 'FAIR USE" under Copyright law.  As noted around 10/22/2023 new limitations date.

1

1   WatchTower was already scolded by this Court for trying to disrupt Redditt's right to allow people
2   a Free Speech Forum, so Watchtower believing that their Church can strike down any Free Speech
3   goes about striking EX-JW Wally on his Youtube channel.

<center>Points of Concern</center>

5   1. In the Hearing minutes Mr Polidoro at 1;21 in the Hearing said that he did not know what efforts
6   could be taken to protect Darkspilver. Freedom of speech and freedom of Religion are not
7   considered by Mr Polidoro representing WatchTower as Darkspilver's rights.
8   2. Mr Polidoro Claims that there is some kind of Copyright violation and later goes on to say that
9   the WatchTower web site JW.Org has the information posted, in fact JW.ORG publishes all of this
10  so called Copyrighted material for "free" for everyone to download, so by the mere fact
11  Watchtower gives the alleged copyright material away for free is a problem that needs for the Court
12  to consider,  WatchTower known for door to door ministry giving copyright material for free to
13  house holders actually means that WatchTower has waived its Copyright entirely.
14  3 Darkspilver is actually a Whistle-blower and has Whistle-blower protection, Watchtower is
15  currently under investigation by the Pennsylvania Attorney General's office for being a Criminal
16  Child molester enterprise, and has had hundreds of lawsuits filed against them, and hundreds of
17  Child molester rings existing within WatchTower Churches, have been arrested and prosecuted
18  within the WatchTower congregations and is a matter of Legal record, and Darkspilver and all Ex-
19  Jehovah's Witnesses have total First Amendment Rights to voice their opinions on the legal matters
20  of record.

<center>Point of Concern #2</center>

22  At 4; 29 seconds (in the Hearing minutes) Judge Kim points out that Document #2 is not a
23  copyright issue, so the question is why is document #2 placed on the records? The answer is
24  WatchTower wants to seek some punishment against Darkspilver. after all Judge Kim has
25  confidentiality concerns for Darksiplver.
26  Let's be upfront here, the main thing Watchtower wants to do is punish Darkspilver, at 7;38 in the
27  Court minutes, the discussion goes to the Disfellowshiping process, that Watchtower uses to punish
28  it's members, at 11;11 Judge Kim asked about this type of punishment called Disfellowshiping and

1  Mr Polidoro goes on to explain its a local Congregation decision and gives Judge Kim a print out,
2  then Mr Polidoro uses an example of a "Thief" herein is the problem, Watchtower is not a police
3  agency so as described Mr. Polidoro he says the Thief is punished by the WatchTower Elders,
4  …….in a disfellowshiping Court, (Mr Polidoro calls the Court a Judicial committee) and the Thief
5  has no Miranda rights, no right to legal representation, no rights of due process, but can be
6  disfellowshiped, and found guilty, and punished which is a form of blacklisting, shunning which
7  destroys families, causes divorce and suicide, the Watchtower actually runs a Court, in addition to
8  that, if anyone wants to leave the WatchTower Organization they can't leave without some kind of
9  punishment, in this WatchTower "Court," thus people that want to leave and go to another Church
10 because they believe WatchTower's rules are unfair, can't leave, there is no right of First
11 Amendment Freedom of Religion. Secondly Watchtower does not report the thief to the police
12 because Watchtower believes that crimes are a sin, thus Misdemeanors or Felonies are handled by
13 this Court and punished as sins. So the WatchTower position is they are the Court of record and this
14 record is placed on the membership records of this person as permanent discipline without the right
15 to expunge the record, which is a life sentence.

<p style="text-align:center">Motion for the Court to Order WatchTower publications<br>
waived from Copyright law.</p>

18  The WatchTower gives the publications away for free and only seeks to sue someone if that person
19 uses free speech on a forum to talk negatively against WatchTower and placed on this record by
20 Attorney Ms Moss, the fact Watchtower uses it power to Witch Hunt as said by Mr Polidoro and it
21 is a Witch hunt to bring First Amendment users into WatchTower Court.
22    Mr Polidoro continues to lecture us on Watchtower's history of free speech advocacy, well some
23 of us have been to law school and we see differently, then Mr Polidoro turns around and says he is
24 seeking something that may not exist (Referring to the chart was not intended by Watchtower to be
25 Copyrighted). Again a NON Copyrighted Chart is admitting that this case is about finding the name
26 of Darkspilver for Church Court punishment.

Since EVERYTHING on JW.ORG is Free for the purpose of promoting Watchtower's religious views, then where is the problem? Then why does WatchTower want to know who people are? Mr Polidoro admitted he wanted damages, this all about Church Court punishment.

<br>

Motion to stop Watchtower disfellowshiping

and Watchtower's Judicial Court

<br>

Most Watchtower members live in fear of the WatchTower in House Court process of disfellowshiping, but if they were to be able to leave without any punishment millions would leave, the Court ruling affirmative on this matter would allow many members to exercise their rights to freedom of religion and going to a Church that does not have a Court process.

Ms Moss in this case properly brings out an example of a wife saying something negative and her innocent husband was punished, this happens all the time in this Watchtower Court proceedings and laws of the United States presume that people are innocent until proven guilty in Watchtower Court a person can't even get a defense and is always presumed guilty.

Mr Polidoro said that Jehovah's Witnesses go by Galatians 6-1 which says **Brothers, if someone is caught in a sin, you who are spiritual should restore him gently. But watch yourself, or you also may be tempted. Carry each other's burdens, and in this way you will fulfill the law of Christ.**

WatchTower's incorrect view sees Felonies and Misdemeanors as sins when they are crimes, then the Watchtower holds Court hearings.

Mr Polidoro used an illustration so I am going to use a factual illustration, WatchTower uses a "Two Witness Rule," example if a woman was beaten and raped, it did not happen unless there are "Two Witnesses" that can claim they saw it.

The Interested Party would like to point out that WatchTower Attorney Phillip Bromley was sanctioned by a Montana Court for lying to the Court (see case 1;20CV-00052 U S District Court Montana), which seems to be a pattern Watchtower uses and the Montana Court on Sept.28 2023 ruled in Document 268 page 13 second paragraph, the Court agrees that Watchtower uses bait and

switch tactics in which Watchtower falsely claimed the depositions was a part of "Watchtower's process" and the Court had no power in the matter and the Court warned Watchtower the matter was subpoena matter though the Court and "Watchtower had no right to exercise that control." The Court went on to tell the Watchtower to act in "Good faith" Watchtower's motion for protective order was stuck down, based on Watchtower's attempt to control the Court though bait and switch tactics.

Mr Polidoro said Watchtower was not on a Witch Hunt to punish people for Free Speech but in lieu of the facts and the recent strike of Ex-JW Wally the Watchtower is lying again, and within this Hearing Mr Polidoro, called the disfellowshiping a "Judicial committee."

## Sanctions

Sanctions against Mr Polidoro are founded, and the Court should proceed. Mr Polodoro told the Court that Watchtower was not on a witch-hunt he lied.

## Jurisdiction

WatchTower attorney Polidoro requested this Court be the Court of Jurisdiction on Copyright and the Court reserved that ruling, but the Interested Party notes that this is the ONLY Court WatchTower's Copyright claims have come up in thus by the fact this Court is the only one then it mathematically eliminates others and the Strike against Ex-JW Wally has Standing in this Court.

## Interested party's position

The interested Party's position on this whole matter is Freedom of Religion does not allow Watchtower the right to operate a Government style Court and if such a Court is allowed then those that face the Court should be presumed innocent until proven guilty, and those persons charged should have rights of Due Process, Rights to Miranda, Rights to a defense Counsel.

If the Watchtower insist on having a Government style Court to punish alleged defendants for misdemeanors and felonies then the defendants should have rights! Summed up.

5

(MOTION TO REVISIT)

1 The Court last heard the matter on March 2 2020 thus this document is filed within the Statute of
2 federal limitations.
3 Respectfully Submitted,
4
5 Robert M. Shaw
6 *[signature: Robert M. Shaw]*
7 DATED: January 2, 2024
8

9
10 Parties were properly served

11 Watchtower Bible and Tract Society
   Legal Dept
   100 WatchTower Dr
12 Patterson New York 12563
   (as placed on Court filing)
13
    Alexandra Moss
14 Electronic Frontier Foundation
   815 Eddy St
15 San Francisco Ca 94109
   (as placed on Court records)
16
17
18
19
20
21
22
23
24
25
26
27
28

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Aler Muss<br>Electronic Frontier Foundation<br>815 Eddy ST<br>SAN Francisco, CA<br>94109<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8172 3030 7254 55 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Adult Signature                ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail®                ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label) | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

Proof of service:
As stated on the Electronic Frontier foundation web site

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Watch Tower B+TSociety
   Legal Dept
   100 Watchtower DR
   Patterson N.Y. 12563

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
   9590 9402 8172 3030 7254 48

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Proof of Service





7022 1670 0001 0621 0311

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94109

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.35 | 0513 |
| $3.55 | 01 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.90 | |
| Total Postage and Fees $ $8.80 | 01/02/2024 |

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 1670 0001 0621 0304

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Patterson, NY 12563

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.35 | 0513 |
| $3.55 | 01 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $1.59 | |
| Total Postage and Fees $ $9.49 | 01/02/2024 |

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Robert M. Shaw
216 W Empire ST
Galena, Kansas
66739

RECE[IVED]

JAN 08

CLERK, U.S. DISTR[ICT]
NORTH DISTRICT OF




Retail

U.S. POSTAGE PAID
FCM LG ENV
GALENA, KS 66739
JAN 02, 2024

94102

$1.59

RDC 99

R2305h128421-01

VED

024

T COURT
CALIFORNIA

Case 19-MC-80005-SK

U.S. District Court

450 Golden Gate Ave

Box 36060

San Francisco, CA

94102-3489