UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DMCA SUBPOENA TO REDDIT, INC., | Case No. 19-mc-80005-SK<br><br>**ORDER DENYING MOTION TO "REVISIT"**<br><br>Regarding Docket No. 31 |

Robert M. Shaw, a self-described "Interested Party," filed a motion to "revisit." On March 2, 2020, the Court granted Petitioner's motion to quash. Almost three years later, Shaw now brings this motion. As a non-party, it is not clear on what basis Shaw could move to reopen this case or on what authority he relies. Under Federal Rule of Civil Procedure 60, *parties* may move for relief from judgment under certain specified grounds. Fed. R. Civ. P. 60(b). But Shaw is not a party. The Court therefore DENIES Shaw's motion.

**IT IS SO ORDERED**.

Dated: January 25, 2024



SALLIE KIM
United States Magistrate Judge